NO. 07-08-0076-CR
NO. 07-08-0077-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

MARCH 4, 2008

_____


ARNALDO ORTIZ,

Appellant

v.

THE STATE OF TEXAS,

Appellee


_____

FROM THE 46TH DISTRICT COURT OF WILBARGER COUNTY;

NOS. 10,937 and NO. 11,009; HON. DAN MIKE BYRD, PRESIDING

_____

*Abatement and Remand*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Arnaldo Ortiz (appellant) filed notices of appeal from his two convictions of aggravated sexual assault on January 15, 2008. On the same day, the trial court filed its certification representing that appellant has the right of appeal in both cases. However,

the appellate record reflects that appellant failed to sign the certifications pursuant to Texas Rule of Appellate Procedure 25.2(d) which requires the certifications to be signed by appellant and a copy served on him.[1]

Consequently, we abate the appeals and remand the causes to the 46th District Court of Wilbarger County (trial court) for further proceedings. Upon remand, the trial court shall take such action necessary to secure and file with this court certificates of right to appeal that comply with Texas Rule of Appellate Procedure 25.2(d) by April 3, 2008. Should additional time be needed to perform these tasks, the trial court may request the same on or before April 3, 2008.

It is so ordered.

Per Curiam

Do not publish.

---

[1] Became effective September 1, 2007.

2